IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 24 C 8676 |
| MAY-AIRE HEATING AND COOLING CO., INC., an Illinois corporation, | ) ) ) ) | JUDGE JEFFREY I. CUMMINGS |
| Defendant. | ) | |

**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 3, 2025, request this Court enter judgment against Defendant, MAY-AIRE HEATING AND COOLING CO., INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On January 3, 2025, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of Defendant's payroll books and records for the time period April 1, 2019 through May 31, 2024. The Court also entered an order that judgment would be entered after Plaintiffs' received the audit report and determined the amounts due and owing from Defendant.

2. In February 2025, an audit was performed by Plaintiffs' auditors, Calibre CPA Group, PLLC, for the audit period April 1, 2019 through December 31, 2024. Pursuant to said audit, Defendant owes Plaintiffs $6,669.64 for contributions. (See Affidavit of Katie Eby).

     3.     Additionally, the amount of $666.96 is due for liquidated damages. (Eby Aff. Par. 6).

     4.     Plaintiffs' auditors have charged the Plaintiffs $1,493.75 for audit fees. (Eby Aff. Par. 7).

     5.     In addition, Plaintiffs' firm has expended $555.00 for costs and $1,131.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

     6.     Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $10,516.35.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $10,516.35.

                                             /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

i:\265j\may-aire heating\#30910\motion for entry of judgment.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system and further certifies that she mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 7th day of March 2025:

    Gina M. Ciconte, Registered Agent/President
    May-Aire Heating and Cooling Co., Inc
    713 S. Addison Avenue
    Villa Park, IL 60181-2804


            /s/ Catherine M. Chapman


Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com